Scott Alan Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MATLOW, <br><br> Plaintiff, <br><br> v. <br><br> FANDOM, INC.; *et al.*, <br><br> Defendants. | Case No.: 2:22-cv-01212-ODW-SK <br><br> **NOTICE OF DISMISSAL OF A CERTAIN PARTY WITHOUT PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD,

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Linda Matlow, hereby voluntarily dismisses Defendant Hearst Communications, Inc. from the above-captioned action without prejudice. No Order on this dismissal is required per the aforementioned Rule.

Respectfully submitted,

Date: April 19, 2022                By:   /s/ *Scott Alan Burroughs*
                                           Scott Alan Burroughs, Esq.
                                           DONIGER / BURROUGHS
                                           Attorney for Plaintiff

- 2 -

NOTICE OF DISMISSAL